**94–1996.** Morris v. Macedonia City Council. On relators' request for attorney fees. Request granted.

**94–2078.** State ex rel. Blankenship v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted.

DOUGLAS and RESNICK, JJ., dissent and would dismiss the cause.

**94–2208.** State v. Phillips. *Summit County,* No. 16487. On motion to remand. Motion denied.

WRIGHT and RESNICK, JJ., dissent.

On motion to supplement record with copy of trial transcript. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

**94–2500.** State v. Shores. *Cuyahoga County,* Nos. 65176, 65177, 65178 and 65179. On motion for leave to file delayed appeal. Motion denied.

**94–2510.** State v. Tillman. *Cuyahoga County,* No. 64094. On motion for leave to file delayed appeal. Motion denied.

**94–2519.** State v. Weaver. *Montgomery County,* No. 14003. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**94–2529.** State v. McCall. *Licking County,* No. 94–CA–62. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**94–2554.** State v. Crump. *Cuyahoga County,* No. 65222. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**94–2560.** State v. Fears. *Hamilton County,* Nos. C–940592 and C–940593. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**94–2706.** State ex rel. Cotton v. Ney. *Hamilton County,* No. C–940951. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to expedite,

IT IS ORDERED by the court that the motion to expedite be, and the same is hereby, denied, effective December 22, 1994.